**No. 45419.**—Petition 6057-R of C. J. Tower & Sons (Buffalo).

Opinion by DALLINGER, J.   It appeared that the entry was originally made on the basis of the shippers' invoices and that certain amendments were erroneously made.   From the record the court was satisfied that there was no intention to defraud the revenue.   The petition was therefore granted.